# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| RAPHEAL PETERSON, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:25-CV-00393- |
| § | SDJ-AGD |
| USAA FEDERAL SAVINGS BANK, § | |
| § | |
| Defendant. § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 20, 2025, the Magistrate Judge entered a Report, (Dkt. #19), recommending that Plaintiff Rapheal Peterson's Motion to Remand, (Dkt. #8), be denied, that Defendant USAA Federal Savings Bank's Motion to Dismiss, (Dkt. #5), be granted, that Plaintiff's Motion to Strike Defendant's Motion to Dismiss and All Subsequent Filings and Supplemental Notice of Procedural Default in Support of Plaintiff's Motion to Remand, (Dkt. #9), and Motion for Expedited Ruling on Motion to Remand and Supplemental Notice in Support of Motion to Strike Defendant's Untimely Filings, (Dkt. #14), be denied as moot, and that this case be dismissed with prejudice. On June 27, 2025, Plaintiff filed an objection to the Report (Dkt. #20). On July 11, 2025, Defendant filed a Response (Dkt. #21). On July 14, 2025, Plaintiff filed a Reply (Dkt. #22).

- 2 -

Having received the Report of the Magistrate Judge, (Dkt. #19), Plaintiff's objection, (Dkt. #20), Defendant's Response, (Dkt. #21), Plaintiff's Reply, (Dkt. #22), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion to Remand, (Dkt. #8), is **DENIED**. It is further **ORDERED** that Defendant's Motion to Dismiss, (Dkt. #5), is **GRANTED**. It is further **ORDERED** that Plaintiff's Motion to Strike Defendant's Motion to Dismiss and All Subsequent Filings and Supplemental Notice of Procedural Default in Support of Plaintiff's Motion to Remand, (Dkt. #9), and Motion for Expedited Ruling on Motion to Remand and Supplemental Notice in Support of Motion to Strike Defendant's Untimely Filings, (Dkt. #14), are **DENIED as moot**. It is finally **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 29th day of January, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE